## 36025. MARTINEZ v. MARTINEZ.

PER CURIAM.
Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. L. 1979, p. 619; Code Ann. § 6-701.1).
*Appeal dismissed. All the Justices concur.*

DECIDED FEBRUARY 6, 1980.

*S. George Handelsman,* for appellant.
*G. Creighton Childs, Jr.,* for appellee.

## 36048. SEYMOUR v. SEYMOUR.

PER CURIAM.
Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. L. 1979, p. 619; Code Ann. § 6-701.1).
*Appeal dismissed. All the Justices concur.*

DECIDED FEBRUARY 6, 1980.

*Guy B. Scott, Jr.,* for appellant.
*Copelan & Kopp, Jesse Copelan, Jr.,* for appellee.